**ANTHONY SCORDO, ESQ., PC**
024591987
1425 POMPTON AVENUE, SUITE 2-2
CEDAR GROVE, NJ 07009
(973) 837-1861
**Attorney for Debtors, John and Rosemary Walsh**

Order Filed on December 12, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | | |
|---|---|---|
| In Re: | : | IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
| **John Michael Walsh** | : | |
| and | : | Chapter 13 |
| **Rosemary Joanne Walsh** | : | Case No.: 18-32957 |
| | : | |
| | : | |

**ORDER CONCERNING APPLICATION TO EXTEND TIME TO FILE MISSING DOCUMENTS**

The relief set forth on the following page is ORDERED.

**DATED: December 12, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The Court having reviewed the Application to Extend Time to File Missing Documents, and any related responses or objections, it is hereby

**ORDERED** that:

The Debtors' request to extend the time within which the missing documents must be filed is granted. The balance of the debtors' schedules as set forth in the Court's Notice of Missing Documents must be received by the Court no later than 12/28/2018. If all missing documents are not filed by this date, the case will be dismissed without further notice.