ANTHONY SCORDO, ESQ., PC
024591987
1425 POMPTON AVENUE, SUITE 2-2
CEDAR GROVE, NJ 07009
(973) 837-1861
Attorney for Debtors, John and Rosemary Walsh

Order Filed on December 12, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | | |
|---|---|---|
| In Re: | : | IN THE UNITED STATES BANKRUPTCY |
| | : | COURT FOR THE DISTRICT OF |
| | : | NEW JERSEY |
| John Michael Walsh | : | |
| | : | Chapter 13 |
| and | : | |
| | : | Case No.: 18-32957 |
| Rosemary Joanne Walsh | : | |

## ORDER CONCERNING APPLICATION TO EXTEND TIME TO FILE MISSING DOCUMENTS

The relief set forth on the following page is ORDERED.

DATED: December 12, 2018

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The Court having reviewed the Application to Extend Time to File Missing Documents, and any related responses or objections, it is hereby

**ORDERED** that:

The Debtors' request to extend the time within which the missing documents must be filed is granted. The balance of the debtors' schedules as set forth in the Court's Notice of Missing Documents must be received by the Court no later than 12/28/2018. If all missing documents are not filed by this date, the case will be dismissed without further notice.

United States Bankruptcy Court
District of New Jersey

In re:  
John Michael Walsh  
Rosemary Joanne Walsh  
    Debtors

Case No. 18-32957-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Dec 12, 2018  
                 Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2018.  
db/jdb      +John Michael Walsh,   Rosemary Joanne Walsh,   299 Medford Lakes Rd.,   Vincentown, NJ 08088-9083

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2018 at the address(es) listed below:  
        Albert   Russo   docs@russotrustee.com  
        Anthony   Scordo, III   on behalf of Debtor John Michael Walsh anthonyscordo@msn.com  
        Anthony   Scordo, III   on behalf of Joint Debtor Rosemary Joanne Walsh anthonyscordo@msn.com  
        Kevin Gordon McDonald   on behalf of Creditor   AmeriHome Mortgage Company, LLC   kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com  
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
        TOTAL: 5