Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−32957−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

John Michael Walsh
299 Medford Lakes Rd.
Vincentown, NJ 08088

Rosemary Joanne Walsh
299 Medford Lakes Rd.
Vincentown, NJ 08088

Social Security No.:
xxx−xx−3763

xxx−xx−3763

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on February 15, 2019.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: February 15, 2019
JAN: wir

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-32957-KCF
John Michael Walsh                                                    Chapter 13
Rosemary Joanne Walsh
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Feb 15, 2019
                              Form ID: 148             Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 17, 2019.
db/jdb         +John Michael Walsh,    Rosemary Joanne Walsh,    299 Medford Lakes Rd.,
                 Vincentown, NJ 08088-9083
cr             +Suzanne M Kourlesis, Esq.,    212 W. Route 38, Suite 360,    Moorestown, NJ  08055,
                 UNITED STATES 08057-3271
517985717      +Brenda Hedrick,    302 Joan Ct.,    Beaufort, North Carolina 28516-7231
517988250      +Cenlar FSB,    425 Phillips Blvd.,    Ewing, NJ 08618-1430
517985722      +Estate of Andrea Price,    13 Fox Sparrow Turn,    Tabernacle, New Jersey 08088-9010
517985667      +Estate of Renee Halpecka,    212 West Route 38, Suite 360,    Moorestown, New Jersey 08057-3271
518006697      +Thomas S. Harty, Esq.,    325 Chestnut Street, Suite 1116,    Philadelphia, PA 19106-2611
518006635      +Thomas S. Harty, Esq.,    89 N. Haddon Avenue, Suite D,    Haddonfield, NJ 08033-2473
517988024      +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
517985629      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 16 2019 01:10:43     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 16 2019 01:10:39     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517946760       EDI: BANKAMER.COM Feb 16 2019 05:43:00     Bank of America, N.A,   P.O. BOX 31785,
                 Tampa, FL 33631-3785
518012081      +EDI: HY11.COM Feb 16 2019 05:43:00     HYUNDAI CAPITAL AMERICA DBA,   HYUNDAI MOTOR FINANCE,
                 PO BOX 20809,    FOUNTAIN VALLEY, CA 92728-0809
                                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517880818         Amerihome
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2019                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 15, 2019 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Anthony   Scordo, III    on behalf of Debtor John Michael Walsh anthonyscordo@msn.com
              Anthony   Scordo, III    on behalf of Joint Debtor Rosemary Joanne Walsh anthonyscordo@msn.com
              Denise E. Carlon    on behalf of Creditor    AmeriHome Mortgage Company, LLC
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    AmeriHome Mortgage Company, LLC
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Thomas Scott Harty    on behalf of Creditor Suzanne M Kourlesis, Esq. tharty@hartylawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 7